Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

APR 16 2026 PM1:27
FILED - USDC - FLMD - TPA

for the

MIDDLE District of FLORIDA

TAMPA Division

|  |  |
|---|---|
| WELSELLY SANTANA | Case No. 8:26·CV-1104-MSS-TGW |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| Florida Chief Inspector General | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.      The Parties to This Complaint

#### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | WELSELLY SANTANA |
| Street Address | 2000 EAST 12ᵀᴴ AVENUE |
| City and County | TAMPA HILLSBOROUGH |
| State and Zip Code | FL 33675 |
| Telephone Number | NONE |
| E-mail Address | WELSELLYSANTANA1008@PROTON.ME |

#### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name    Melinda Miguel

Job or Title *(if known)*    Chief Inspector General, Executive Office of Governor

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

• Civil Monetary Penalties Law (CMPL) [42 U.S.C. § 1320a-7a]: The OIG enforces this by penalizing the submission of false or fraudulent claims, offering kickbacks, or violating Medicare assignment provisions. VIOLATIONS BY PROVIDING KICKBACKS AND FRAUDULENT CLAIMS AS THEY DO NOT WANT TO ACKNOWLEDGE THAT IM ALIVE.

• Anti-Kickback Statute (AKS) [42 U.S.C. § 1320a-7b(b)]: Prohibits knowingly and willfully offering, paying, soliciting, or receiving remuneration to induce referrals for services paid by federal health care programs. VIOLATION BY NOT ALLOWING ME TO BE PROVIDED ANY SERVICE AT TAMPA GENERAL.

• Exclusion Statute [42 U.S.C. § 1320a-7]: The OIG must exclude providers convicted of Medicare/Medicaid fraud, patient abuse, or felony healthcare crimes from participation in federal programs. THERE IS NO EXCLUSION THE POLITICIANS ARE APPROPRIATING OF DEATH INDIVIDUALS AND COLLECTING ON THEM.

• EMTALA/Patient Dumping: Penalties are enforced against hospitals for failing to provide appropriate medical screening or for inappropriate transfer of patients. I WAS NOT ALLOWED TO STAY OVERNIGHT OR RECEIVE AN IV TREATMENT THAT I NEED FOR THE POISON FOOD THAT THE POLITICIANS ARE FEEDING ME DAILY.

• False Statements/False Claims: Violations include making false statements or omissions in grant applications, bids, or reports to HHS, often involving improper drawdowns of grant funds. Office of Inspector General VIOLATION BY PROVIDING DEATH JUDGES FOR MY CASES

OIG Enforcement Actions

The OIG utilizes specialized tools to address these violations:

• Civil Monetary Penalties & Exclusions: Used to penalize fraud, such as fraudulent claims for bundled drugs or ambulance services. FRAUDULENT CLAIMS TO PUT ME IN JAIL IN ORLANDO FL WHILE INVESTIGATING THIS CASE.

• Corporate Integrity Agreements (CIAs): Imposed on providers as part of a settlement, requiring them to report potential violations of law. ALL KINDS OF AGREEMENTS AGAINST ME INCLUDING HARRASSMENT AGREEMENTS FROM CITIZENS TO DO AND SAY ALL KIND OF STUPID AND IGNORANT THINGS.

• Information on Enforcement Actions and Fraud & Abuse Laws is available from the Office of Inspector General (.gov). NO MAIL DISTRIBUTED TO ME AS EVERYTHING IS BEING STOLEN BY THE POST OFFICE AND OIG.

Office of Inspector General (.gov) +1

Inspector General Act of 1978

The OIG itself operates under this act, which empowers it to investigate federal agencies for mismanagement, fraud, and violations of law.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

   b.   If the defendant is a corporation

   The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

THE POST OFFICE IS STEALING ALL OF MY MAIL. I BELIEVE THAT THE POST OFFICE IN CONJUNCTION WITH THE OIG, THE SWAT , THE SENATORS, THE GOVERNMENT, THE POLICE DEPARTMENT, THE CIA AND THE FBI ALL AGREED TO HAVE EVERYTHING STOLEN THROUGH THE POST OFFICE AS I BARELY GET ANY MAIL UNTIL TODAY THAT I RECEIVED A FEW PIECES OF MAIL FOR THE FRAUDULENT CASE OF CLOSING EVERYTHING THAT I REQUEST AS ALL OF THOSE JUDGES ARE DEAD AND DECLARED IN MONTECITO, CALIFORNIA. AS LONG AS IM RETURNED MY PROPER LIFE AND ASSETS I CAN PRETEND THAT THIS NEVER HAPPENED BUT I NEED A HOME IMMEDIATELY. ALSO, I BELIEV ETHAT MRS. WADDELL IS NOW HEADING THE TOWER HERON WHICH BEONGS TO THE CROWN AND SHE IS THE ONE THAT USUALLY HELPS ME IN COURT WITH THE FILINGS.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE DAMAGES ARE THAT MY ENTIRE LIFE HAS BEEN TAKING AWAY FROM ME. THE CIA SOLD MY BUSINESS FROM UNDER ME, LLOYDS OF BROADWAY, STOLE MY LIFE BY BLACKLISTING ME AND IM UNABLE TO PROVIDE FOR MYSELF AS I HAVE NO ACCESS TO CASH, SHELTER AND FOOD. THE COURT NEEDS TO PROVIDE IMMEDIATELY THE HOME LOCATED AT 855 BAYSHORE BLVD IN ORDER FOR ME TO HAVE SHELTER. I WILL NEED ACCESS TO A BANK ACCOUNT AS THE CROWN OWNS ALMOST ALL BANKS OF AMERICA, MY 401K'S, ACCESS TO A CAR FROM MERCEDES BENZ AS IM THE SOLE HEIR OF MERCEDES BENZ.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4|16|26

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Date of signing: _____

Signature of Attorney          _____

Printed Name of Attorney       _____

Bar Number                     _____

Name of Law Firm               _____

Street Address                 _____

State and Zip Code             _____

Telephone Number               _____

E-mail Address                 _____